*AMENDED*

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 11 2021

JULIA C. DUDLEY, CLERK
BY: H. Beeson
DEPUTY CLERK

__Urbanski__
Assigned Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

__Alasia Rochelle Fletcher__      __1850439__
Plaintiff full name                                  Inmate No.

v.                           CIVIL ACTION NO. __7:21cv00231__

__Warden Maria LeFevers__
Defendant(s) full name(s)

***

A. Current facility and address: __Fluvanna Correctional Center P.O Box 1000 Troy, VA 22974__

B. Where did this action take place? __Fluvanna Correctional Center__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

__X__ Yes        ____ No

If your answer to A is Yes, answer the following:

1. Court: __U.S. District Court Western district of Virginia__
2. Case Number: __7:21-CV-00231-MFU-JCH__

D. Have you filed any grievances regarding the facts of this complaint?

__X__ Yes        ____ No

1. If your answer is Yes, indicate the result: __Denied Multiple times__

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

See attached paper

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

See attached paper

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Financial gain, LGBT Community to be treated fairly, Keep Seperate removed.

G. If this case goes to trial do you request a trial by jury?   Yes _X_   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 6/3/21     SIGNATURE: _____

VERIFICATION:
I, Alasia R. Fletcher, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 6/3/21     SIGNATURE: _____

Claim #1 On July 31st Warden M. LeFevers placed a Keep Seperate on E. Miller and myself. Per the d.o.c policy here you have to be family, Co-defendents, or enemies. We do not fit the criteria what so ever. She didnt follow proper protocol and abused her authority. Causing me to be placed in danger multiple times in a result of getting Stabbed twice. Per policy we never had a "ICA hearing" which is mandatory.

Claim #2 Once the Keep Seperate was placed Warden LeFevers Lied to me multiple times making promises to remove the Keep Seperate. She promised once E. Miller and myself gave up information leading to a conviction of another inmate that they're now investigating. She promised to remove it once we remained charge free and got a job. Which we did. After we gave her what she wanted She then began to be sarcastic, laughing at me, and mocking me being a bully. It caused me to self harm and slit my throat. My

Civil rights have been violated. I've been denied the opportunity to work because of me being a part of the LGBT community and having this keep seperate with E. Miller. E. Miller and myself never have received a charge together nor been in trouble together. Warden M. LeFevers has not only manipulated me, but has put me in danger giving over information that could have killed me. That being said every keep seperate with people having the same issue has been removed, but ours. We've been discriminated against and its unfair and violates my right. Please help me and make this right. Thank you

Alasia Fletcher

Alasia Fletcher #1850439
P.O Box 1000
Troy VA 22974

RICHMOND VA 230
9 JUN 2021 PM 3 L

U.S District Court
Office of the Clerk
210 Franklin Rd Rm 540
Roanoke VA 24011