CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 02 2021

JULIA C. DUDLEY, CLERK
BY: /s/ A Beeson
DEPUTY CLERK

\*AMENDED\*

__Urbanski__
District Judge
Assign. by Clerk's Ofc.

__Hoppe__
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS
OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>

__Alasia Rochelle Fletcher__    #1850439
Plaintiff full name               Inmate No.

v.                                CIVIL ACTION NO. 721cv00231

__Mariea Le'fevers__
Defendant(s) full name(s)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Where are you now? Facility and Address __Fluvanna Correctional Center for women P.O box 1000 Troy, VA 22974__

B. Where did this action take place? __Fluvanna Correctional Center for women__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: __N/A__

2. Case Number: __N/A__

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    ____ No

1. If your answer is Yes, indicate the result:
__Claiming the time frame Ran out (Not Accepted)__

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

on July 31st 2020 Warden Lefevers did not follow policy and procedure. She Abused her Authority by making me a Keep Seaprate

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

My Rights was Violated because A investigation was not conducted do to the Keep Seaprate I was not informed or had a I.C.A meeting According to Policy 830.6

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

That the whole LGbt Community Incarcerated be treated Fairly And Just.

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 7-20-21        SIGNATURE: Alasia Fletcher

VERIFICATION:
I, Alasia Fletcher, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal; if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 7-20-21        SIGNATURE: Alasia Fletcher

Alasia Rochelle Fletcher #1850439

Claim #3 No other offender in Fluvanna prision has a keep seaprate but myself and E. Miller #1489380.

Claim #4 Myself and Ms. Miller never received any charges together or never had to be removed from each other.

Claim #5 Due to the keep seaprate I was forced to live in buildings that caused me serious harm.

Claim #6 My mental state became unstable I was put on medication and tried to self harm.

Claim #7 I was kept from working due to the fact of my keep separate being in the workers building I need to work in.

Claim #8 I gain a tramendous amount of weight due to the emotional stress caused by the warden Le'fevers herself.

Claim #9 I believe that Mariea Le'fevers discriminates against LGbt such as myself and use it for her own personal gain.

Claim #10 I've included information to back up my claims and letters I've written to Mariea Le'fevers herself. Also answers back from Le'fevers herself showing her personal feelings

Alasia R. Fletcher #1850489
P O Box 1000
Troy VA 22974



Clerk, US District Court
210 Franklin Rd
SW. Suite 540
Roanoke VA, 24011